AO 451 (Rev.12/93) Certification of Judgment

FILED CLERK, U.S. DISTRICT COURT MAY 12 2005 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

# UNITED STATES DISTRICT COURT

DISTRICT OF New Jersey

MISC 05-39

DEBRA L. HURON, AND JOHN P. HURON

V.

JAMES FITZPATRICK, et al.

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

Case Number: 96CV4489(SSB)

I, WILLIAM T. WALSH Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action 7/20/98 (Date), as it appears in the records of this court, and that

* " no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed."

ENTERED CLERK, U.S. DISTRICT COURT JUN - 1 2005 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

JULY 7, 2004
Date

WILLIAM T. WALSH
Clerk

(By) Deputy Clerk

Docketed
Copies / NTC Sent
JS - 5 / JS - 6
JS - 2 / JS - 3
CLSD

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

1

#34

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DEBRA L. HURON; and JOHN P. HURON, Plaintiffs, vs. JAMES FITZPATRICK, et al., Defendants. | Civil No. 96-cv-4489 (SSB) **ORDER ON DAMAGES** |

FILED
JUL 20 1998
AT 8:30 ____________M
WILLIAM T. WALSH
CLERK

**THIS MATTER**, having been called for trial on June 22, 1998; and

Defendant James Fitzpatrick having made no appearance on said date to contest liability and damages in this case; and

The Court, having stricken defendant's Answer to the Complaint of plaintiffs Debra L. Huron and John P. Huron and entered default on said date, which action was memorialized in an order filed July 15, 1998; and having conducted a proof hearing on plaintiffs' damages and heard testimony thereon in lieu of trial on June 22, 1998; and having considered plaintiffs' post-hearing submissions; and for the reasons set forth in the Court's opinion of this date;

**IT IS**, on this 20th day of July, 1998 hereby **ORDERED** that the following damages are awarded to plaintiffs and entered against defendant: **$75,000** in compensatory damages in favor of Debra Huron; **$10,000** in compensatory loss of consortium damages in favor of John Huron; and **$50,000** in punitive damages against defendant James Fitzpatrick in favor of Debra Huron and John Huron.

**IT IS FURTHER ORDERED** that plaintiffs' demand for costs and attorneys' fees is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiffs shall submit a motion and supporting materials reflecting the appropriate amount of prejudgment interest to be awarded in accordance with New Jersey Court Rule 4:42-11(b) within ten (10) days of the receipt of this order.

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By ____________
Deputy Clerk

**HON. STANLEY S. BROTMAN**
**UNITED STATES DISTRICT JUDGE**